JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A.,

                Plaintiffs,

    v.

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

                Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 08-06637 DDP (RZx)

**ORDER OF DISMISSAL**

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: January 14, 2010        _____

                                DEAN D. PREGERSON
                      United States District Judge